IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

SAMANTHA BROOKOVER and
AMANDA ABRAMOVICH,

      **Plaintiffs,**

v.                                                  CIVIL ACTION NO.: 1:17-cv-57
                                                      HONORABLE IRENE M. KEELEY

**DEBBIE ALLEN, both individually and in
her official capacity as Gilmer County
Deputy Clerk and JEAN BUTCHER, both
individually and in her official capacity
as Gilmer County Clerk,**

      **Defendants.**

## STIPULATION EXTENDING TIME TO RESPOND PLAINTIFFS' COMPLAINT

1. Plaintiffs, Samantha Brookover and Amanda Abramovich, and Defendants, Debbie Allen and Jean Butcher, hereby stipulate and agree that Defendants shall have until June 2, 2017 to answer Plaintiffs' Complaint.

2. Counsel for Plaintiffs and Defendants represent and warrant they have been authorized to execute this stipulation and bind their respective clients to the terms hereof.

AGREED TO BY:

/s/ Wendy E. Greve
Wendy E. Greve, Esquire
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
JamesMark Building
901 Quarrier Street
Charleston, WV  25301
*Counsel for Defendants*

<u>/s/ Robert M. Bastress, Jr.</u>
Robert M. Bastress, Jr., Esquire
WVU College of Law
PO Box 1295
Morgantown, WV 26505
*Counsel for Plaintiffs*

Richard B. Katskee, Esquire
Eric Rothschild
Kelly M. Pereival
Americans United for Separation of Church and State
1310 L. Street NW, Suite 200
Washington, DC 20005
*Counsel for Plaintiffs*

Brian D. Netter, Esquire
Mayer Brown, LLP
1999 K Street, NW
Washington, DC 20006
*Counsel for Plaintiffs*

Manuel J. Velez, Esquire
Mayer Brown, LLP
1221 Avenue of the Americas
New York, NY 10020
*Counsel for Plaintiffs*