IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| SAMANTHA BROOKOVER and AMANDA ABRAMOVICH,<br><br>                        *Plaintiffs*,<br><br>    v.<br><br>GILMER COUNTY,<br><br>DEBBIE ALLEN, both individually and in her official capacity as Gilmer County Deputy Clerk,<br>and<br><br>JEAN BUTCHER, both individually and in her official capacity as Gilmer County Clerk,<br><br>                        *Defendants*. | Civil Action No. 1:17-cv-00057-IMK<br><br>**VOLUNTARY DISMISSAL ORDER AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL** |

## VOLUNTARY DISMISSAL ORDER

All parties to this action have agreed to resolve this dispute by entering into a Settlement Agreement. Accordingly, the parties request that the Court enter the proposed Order of Voluntary Dismissal attached hereto as Exhibit 1 and retain jurisdiction to hear any disputes that may arise under the terms of the Settlement Agreement.

                                                          Respectfully submitted,

/s/ Robert M. Bastress, Jr.
Robert M. Bastress, Jr.
COOPERATING COUNSEL FOR
FAIRNESS WEST VIRGINIA
WV Bar # 263
P.O. Box 1295
Morgantown, WV 26507
Tel.: (304) 319-0860
Fax: (304) 293-6891
*rmbastress@gmail.com*
*Counsel for Plaintiffs*

/s/ Wendy E. Greve
Wendy E. Greve, Esquire
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
JamesMark Building
901 Quarrier Street
Charleston, WV 25301
Tel.: (304) 344-0100
Fax: (304) 342-1545
*wgreve@pffwv.com*
*Counsel for Defendants*

Richard B. Katskee
Eric Rothschild[+]
Kelly M. Percival[++]
AMERICANS UNITED FOR
SEPARATION OF CHURCH AND STATE
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-3234
Fax: 202-466-2587
*katskee@au.org* / *rothschild@au.org* / *percival@au.org*

Brian D. Netter
MAYER BROWN LLP
1999 K St. NW
Washington, DC 20006
Tel.: (202) 263-3000
Fax: (202) 263-3300
*bnetter@mayerbrown.com*

2

Manuel J. Velez  
MAYER BROWN LLP  
1221 Avenue of the Americas  
New York, NY 10020  
Tel.: (212) 506-2296  
Fax: (212) 262-1910  
*mvelez@mayerbrown.com*  
*Counsel for Plaintiffs*

Dated: August 30, 2017

+ Admitted only in Pennsylvania. Supervised by Richard B. Katskee, a member of the bar for the District of Columbia.
++ Admitted only in California. Supervised by Richard B. Katskee, a member of the bar for the District of Columbia.

# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

SAMANTHA BROOKOVER and
AMANDA ABRAMOVICH,

          *Plaintiffs*,

    v.

GILMER COUNTY,

DEBBIE ALLEN, both individually and in her official capacity as Gilmer County Deputy Clerk,
and

JEAN BUTCHER, both individually and in her official capacity as Gilmer County Clerk,

          *Defendants*.

Civil Action No. 1:17-cv-00057-IMK

**[PROPOSED] ORDER OF VOLUNTARY DISMISSAL**

### [Proposed] Order of Voluntary Dismissal

**IT IS SO ORDERED THAT** the case is dismissed with prejudice.

_____
Hon. Irene M. Keeley
United States District Judge